UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 16-5830-MWF (JEMx)**                               Dated: **September 12, 2016**

Title:       Tyler Prince -*v*- Citibank, N.A. et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Rita Sanchez                                    None Present
    Courtroom Deputy                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                   None Present

PROCEEDINGS (IN CHAMBERS):      COURT ORDER

     In light of the Notice of Settlement filed September 8, 2016 as to defendant Equifax Information Services LLC, the Court sets a hearing on Order To Show Cause Re Dismissal for **November 7, 2016 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other dates are hereby vacated as to defendant Equifax Information Services LLC only.

     IT IS SO ORDERED.

MINUTES FORM 90                                      Initials of Deputy Clerk   rs
CIVIL - GEN